**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| G & G CLOSED CIRCUIT EVENTS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MISTY'S RESTAURANT AND BAR, INC., et al.,<br><br>Defendants. | Civil Action No.: 19-08395<br><br>**ORDER** |

**CECCHI, District Judge.**

This matter comes before the Court on Plaintiff G & G Closed Circuit Events, LLC's ("Plaintiff") unopposed motion for default judgment against Misty's Restaurant and Bar, Inc., d/b/a Misty's Restaurant & Bar, and Nelly Beck (collectively "Defendants") pursuant to Federal Rule of Civil Procedure 55(b)(2). ECF No. 9. For the reasons set forth in the accompanying Opinion,

**IT IS** on this 23rd day of November, 2021,

**ORDERED** that Plaintiff's Motion for Default Judgment (ECF No. 9) is granted; and it is further

**ORDERED** that Judgment is entered against Defendants jointly and severally in an amount totaling $3,000, consisting of $1,000 in statutory damages and $2,000 in enhanced damages; and it is finally

1

**ORDERED** that Plaintiff shall have thirty (30) days from entry of this Order to file its motion for costs and attorneys' fees.

**SO ORDERED.**

_____
**CLAIRE C. CECCHI, U.S.D.J.**